SEALED

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 JUL 16 PM 3:49
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX KELLUM,<br><br>Defendant. | 8:18CR 183<br><br>INDICTMENT<br>21 U.S.C. § 841(a)(1) & (b)(1) |

The Grand Jury charges that

COUNT I

On or about September 6, 2017, in the District of Nebraska, Defendant ALEX KELLUM did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base (i.e., "crack cocaine"), its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT II

On or about December 20, 2017, in the District of Nebraska, Defendant ALEX KELLUM did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base (i.e., "crack cocaine"), its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

COUNT III

On or about April 27, 2018, in the District of Nebraska, Defendant ALEX KELLUM did knowingly and intentionally distribute 28 grams or more of a mixture or substance containing a detectable amount of cocaine base (i.e., "crack cocaine"), its salts, optical and geometric isomers and salts of isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MATT E. LIERMAN
Assistant United States Attorney