IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

ALEX KELLUM,

               Defendant.

**8:18CR183**

**ORDER**

       **THIS MATTER** is before the court on the motion of Chinedu Igbokwe to withdraw as counsel for the defendant, Alex Kellum (Filing No. 80). Michael J. Tasset has filed an entry of appearance as retained counsel for Alex Kellum. Therefore, Chinedu Igbokwe's motion to withdraw (Filing No. 80) will be granted.

       Chinedu Igbokwe shall forthwith provide Michael J. Tasset any discovery materials provided to the defendant by the government and any such other materials obtained by Chinedu Igbokwe which are material to Alex Kellum's defense.

       The clerk shall provide a copy of this order to Michael J. Tasset.

       **IT IS SO ORDERED.**

       Dated this 28th day of April, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge