IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX KELLUM,<br><br>                Defendant. | **8:18CR183**<br><br>**ORDER** |

This matter is before the Court on defendant's motion to appeal informa pauperis. However, the defendant has retained counsel in this case. Defendant has not paid his filing fee nor has he filed an affidavit showing he is entitled to informa paupers status.

Accordingly, the appeal cannot be processed to the Eighth Circuit until the filing fee is paid or the affidavit is filed for review by this Court. IT IS SO ORDERED.

Dated this 1st day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge