IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ALEX KELLUM,<br><br>             Defendant. | **8:18CR183**<br><br>**ORDER** |

This matter is before the Court on Clerk of Court's notice regarding informa pauperis in this case. Filing No. 108. The Court previously denied in forma pauperis status, as defendant filed no affidavit of poverty. Filing No. 111. Defendant has now filed his affidavit, Filing No. 112, and the Court finds he is entitled to proceed informa pauperis.

THEREFORE, IT IS ORDERED THAT defendant shall be permitted to proceed on appeal informa pauperis in this case.

Dated this 16th day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge