IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 8:18CR183 |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| ALEX KELLUM | ) | |
| Defendant. | ) | |

Counsel for the defendant notified the court on October 29, 2021 that counsel wish the following exhibits held by the court in this matter to be destroyed.

Defendant's Exhibits from Sentencing hearing held 11/2/2020 and 11/9/2020

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED: October 29, 2021

BY THE COURT

s/ **Joseph F. Bataillon**
United States District Judge

Exhibits-Order_to_Destroy.docx
Approved 12/17/15