IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ALEX KELLUM<br>　　　　　　Defendant. | 8:18CR183<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on Defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). Filing No. 149. Defendant previously requested a compassionate release on September 13, 2021. Filing No. 128. The Court subsequently denied that motion. Filing No. 148. The Court has reviewed the same and finds it does not change the outcome of this Court's initial decision to deny compassionate release.

THEREFORE, for the reasons stated herein and this Court's previous Memorandum and Order, Filing No. 148, Defendant's motion for compassionate release, Filing No. 149, is denied.

Dated this 28th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge