PROB 12C
(NEP 4/2013)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

**Offender:** **Alex Kellum** **Docket No. 8:18CR00183**

**Type of Supervision:** **Supervised Release** **Date of This Report: August 20, 2026**

**Sentencing Judge:** **The Honorable Laurie Smith Camp**
**Senior U.S. District Judge**

**Assigned Judge:** **The Honorable Joseph F. Bataillon**
**Senior U.S. District Judge**

**Offense of Conviction:** **Distribution of Crack Cocaine 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 851**
**Date Sentenced: November 9, 2020**
**Original Sentence: 120 Months Bureau of Prisons; 96 Months Supervised Release**

**Supervision Term:** **March 18, 2025 through March 17, 2033**

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| **Jeff A. Anthens** | **Matt E. Lierman** | **Cheryl M. Kessell** |

---

## PETITIONING THE COURT

**The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Alex Kellum and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. A Warrant is requested as Alex Kellum is in the custody of another authority, awaiting disposition on separate charges. To expedite the issuance of a warrant, the Violation Provisions and Recommendations document does not accompany this petition; however, it will be submitted to the Court by August 27, 2026.**

The probation officer believes the offender has violated the following conditions of supervision:

| <u>Allegation No.</u> | <u>Nature of Noncompliance</u> |
|---|---|
| 1 | Alex Kellum is in violation of **the Mandatory Condition** which states, "You must not commit another federal, state, or local crime."<br><br>On August 18, 2026, in Omaha, Nebraska, Alex Kellum is alleged to have committed the crimes of Possession with the Intent to Distribute Cocaine (felony) and No Tax Stamp. (misdemeanor). Available information received from the Department of Homeland Security Investigations (HSI) indicates that agents as part of an ongoing investigation were monitoring suspected drug activity in a local apartment complex and identified Alex Kellum as a suspect.<br><br>HSI agents allege that Mr. Kellum, and his 16-year old son were responsible for a trash bag that was located in the laundry room of the apartment complex, and when searched agents found approximately 1.5 pounds of cocaine, and items of venue linking Mr. Kellum to the bag and to the suspected unit involved with drug activity. In addition, agents executed a search warrant of the apartment unit and located numerous suspected drug packaging items that were consistent with packaging items located in the bag. At that time, Alex Kellum was arrested on the above-noted charges and transported to the Douglas County Corrections Center.<br><br>Available information indicates that Mr. Kellum remains in custody and a bond has not yet been set in the felony drug possession charge, a $5,000 bond has been set for the misdemeanor charge. |
| 2 | Alex Kellum is in violation of **the Mandatory Condition** which states, "You must not unlawfully possess a controlled substance."<br><br>On August 18, 2026, in Omaha, Nebraska, Alex Kellum is alleged to have possessed a controlled substance as outlined in Allegation #1.<br><br>**If the Court finds the offender has violated the conditions of supervision by possessing a controlled substance, the Court shall revoke supervision and impose a sentence which includes a term of imprisonment.** |

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jeff A. Anthens, Supervisory
U.S. Probation and Pretrial Services Officer

Reviewed by:

Dustin Russell, Supervisory
U. S. Probation and Pretrial Services Officer

**THE COURT ORDERS THAT:**

_______ No action shall be taken.

✓ A Warrant shall be issued for service upon Alex Kellum and a hearing held by the Court to determine whether Alex Kellum has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_______ The U. S. Probation Officer shall summons Alex Kellum to appear for a hearing in court to determine whether Alex Kellum has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_______ The following action to be taken (specify other action):

**If a warrant is issued, the petition shall <u>not</u> be sealed and the following action shall be taken (specify other action).**

_______ A Writ of Habeas Corpus Ad Prosequendum shall be issued and the defendant brought before the U.S. Court for an Initial Appearance on this matter.

✓ The Federal Public Defender is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file a written appearance in this matter. In the event the Federal Public Defender should decline the appointment for reasons of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

The defendant may contact the Office of the Federal Public Defender for the District of Nebraska regarding the alleged violation and possible penalties (402/221-7896).

Jos. F. Bataillon _______________ 8/20/2026
The Honorable Joseph F. Bataillon Date

*** * * NOTICE TO OFFENDER * * ***

**Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:**

**(A) written notice of the alleged violation(s);**
**(B) disclosure of the evidence against you;**
**(C) an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;**
**(D) notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.**