IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX KELLUM,<br><br>Defendant. | **8:18CR183**<br><br>**ORDER OF REASSIGNMENT** |

This case was previously assigned to Magistrate Judge Susan Bazis who has since been confirmed as an Article III Judge.

Accordingly, IT IS ORDERED that this case is reassigned to Magistrate Judge Ryan Carson for judicial supervision and remains assigned to Senior District Judge Joseph F. Bataillon for disposition.

Dated this 20th day of August, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge