IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEX KELLUM,<br><br>Defendant. | 8:18CR183<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

The United States hereby notifies the Court of the substitution of Jody Brent Mullis, Assistant United States Attorney, as counsel for the United States in the above-captioned case, replacing Matthew Lierman, who is no longer assigned to this case.

Please direct all future pleadings and correspondence to the undersigned.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
UNITED STATES ATTORNEY

By: *s/ Jody Brent Mullis*

JODY BRENT MULLIS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
Tel: (402) 661-3700
E-mail: jody.mullis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.

*s/ Jody Brent Mullis*
Assistant U.S. Attorney