IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:18CR183 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ENTRY OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ALEX KELLUM, | ) | |
| | ) | |
| | ) | |
| Defendant. | | |

Cheryl M. Kessell hereby enters her appearance as counsel on behalf of the Defendant in the above-captioned case.

Please direct all future pleadings and correspondence to the undersigned.

DATED this 25th day of August, 2026.

Respectfully submitted,

ALEX KELLUM, Defendant,

By /s/ Cheryl M. Kessell

Cheryl M. Kessell
Attorney for Defendant
1620 Dodge St., Ste 600
Omaha, NE 68102
Telephone: (402) 221-7896
Fax: (402) 221-7884
E-Mail: cheryl_kessell@fd.org